UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-000518-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAVIER LUCERO-GALAN,

     Defendant.

_____

**ORDER**
_____

This matter is before the Court upon review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, April 24, 2006**, and responses to these motions shall be filed by **Monday, May 8, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, May 12, 2006, at 2:30 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is scheduled to begin **Monday, May 22, 2006, at 9:00 a.m.**

Dated:  March 23, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge